# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JESSE J. CRAMER, | : | No. 19 WM 2014 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| ADMINISTRATIVE OFFICE OF | : | |
| PENNSYLVANIA COURTS and | : | |
| ZYGMONT PINES, COURT | : | |
| ADMINISTRATOR OF PENNSYLVANIA, | : | |
| | | |
| Respondent | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2014, this Court administratively **APPROVES** Jesse J. Cramer for certification of senior judge status, and the Application for Leave to File Original Process is **DENIED** as moot.

Chief Justice Castille concurs in the result.